**George A. KELLER, petitioner, v.
UNITED STATES. No. 85–748.**

Supreme Court of the United States.

Jan. 21, 1986.   Denied.